# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Paula Tingley | § § | Case No. 14-81606 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/12/2014 . The undersigned trustee was appointed on 09/12/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized gross receipts of         $     2,391.15

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 50.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 600.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 1,741.15 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 03/17/2015 and the deadline for filing governmental claims was 03/17/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 447.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 447.79, for a total compensation of $ 447.79 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 72.82, for total expenses of $ 72.82 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2015                  By:/s/Jeana K. Reinbold, Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-81606 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Paula Tingley | | | | Date Filed (f) or Converted (c): | 09/12/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/21/2014 |
| For Period Ending: | 09/24/2015 | | | | Claims Bar Date: | 03/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate at 4425 8th Ave Rock Island, IL | 12,358.00 | 6,225.42 | | 0.00 | FA |
| 2. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account at First Midwest | 50.00 | 0.00 | | 0.00 | FA |
| 4. Business Account at American Bank | 250.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods  See note re: Asset #8. | 1,300.00 | 2,025.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. Life Insurance with Prudential  Debtor's exemption of $2,080 in the life insurance policy to be satisfied by payment of $600 in full settlement of the exemption and the estate's abandonmentof any claim in nonexempt household goods (See Asset #5) pending approval of the Final Report. | 0.00 | 2,391.15 | | 2,391.15 | FA |
| 9. 2006 Chevy Equinox  2006 Chevy - SUV | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Hair salon equipment and supplies | 300.00 | 0.00 | | 0.00 | FA |
| 11. Hair salon Inventory | 193.50 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $20,271.50 | $10,641.57 | | $2,391.15 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/2015        Current Projected Date of Final Report (TFR): 10/31/2015

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-81606  
Case Name: Paula Tingley  
Taxpayer ID No: XX-XXX1256  
For Period Ending: 09/24/2015  

Trustee Name: Jeana K. Reinbold, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2293  
Checking Account  
Blanket Bond (per case limit): $114,123,713.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/15 | 8 | PRUDENTIAL<br>Customer Service Office<br>PO Box 7390<br>Philadelphia, PA 19176 | Life insurance cash value | 1129-000 | $2,391.15 | | $2,391.15 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,381.15 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,371.15 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,361.15 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,351.15 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,341.15 |
| 08/15/15 | 3001 | Paula Tingley | Exemption Payment<br>See Court Doc. 26 | 8100-002 | | $600.00 | $1,741.15 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,391.15 | $650.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,391.15 | $650.00 |
| Less: Payments to Debtors | $0.00 | $600.00 |
| Net | $2,391.15 | $50.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $2,391.15   $650.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2293 - Checking Account | $2,391.15 | $50.00 | $1,741.15 |
| | $2,391.15 | $50.00 | $1,741.15 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,391.15 |
| Total Gross Receipts: | $2,391.15 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-81606-TLP  
Debtor Name: Paula Tingley  
Claims Bar Date: 3/17/2015

Date: September 24, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL  62791-7315 | Administrative | | $0.00 | $447.79 | $447.79 |
| 100 2200 | Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL  62791-7315 | Administrative | | $0.00 | $72.82 | $72.82 |
| 1 300 7100 | ADVANCED RADIOLOGY<br>615 Valley View Drive<br>Suite 202<br>Moline, IL  61265 | Unsecured | | $247.56 | $247.56 | $247.56 |
| 2 300 7100 | DIGESTIVE DISEASE SPECIALISTS<br>602 35th Ave<br>Moline, IL  61265 | Unsecured | | $291.00 | $291.00 | $291.00 |
| 3 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083 | Unsecured | (3-1) Account Number (last 4 digits):1641 | $49.00 | $88.23 | $88.23 |
| 4 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083 | Unsecured | (4-1) Account Number (last 4 digits):5236 | $83.00 | $82.96 | $82.96 |
| 5 300 7100 | CAPITAL ONE BANK (USA) N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured | (5-1) Account Number (last 4 digits):9919 | $4,908.00 | $5,487.29 | $5,487.29 |
| 6 300 7100 | FIRST NATIONAL BANK OF OMAHA<br>1620 Dodge Street Stop Code 3105<br>Omaha, Ne  68197 | Unsecured | (6-1) Account Number (last 4 digits):6043 | $2,937.69 | $3,225.04 | $3,225.04 |
| 7 300 7100 | WELLS FARGO BANK N. A.<br>MAC X2505-036<br>PO BOX 10438<br>DES MOINES, IA  50306 | Unsecured | (7-1) Account Number (last 4 digits):9110 | $2,257.00 | $2,335.64 | $2,335.64 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-81606-TLP  
Debtor Name: Paula Tingley  
Claims Bar Date: 3/17/2015  

Date: September 24, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | CAPITAL RECOVERY V LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | (8-1) Account Number (last 4 digits):9707 | $2,037.00 | $2,290.65 | $2,290.65 |
| 9 300 7100 | CAPITAL RECOVERY V LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | (9-1) Account Number (last 4 digits):4309 | $667.00 | $822.14 | $822.14 |
| 10 300 7100 | CAPITAL RECOVERY V LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | (10-1) Account Number (last 4 digits):2849 | $1,310.00 | $1,379.43 | $1,379.43 |
| 11 300 7100 | CAPITAL RECOVERY V LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Unsecured | (11-1) Account Number (last 4 digits):4625 | $2,339.00 | $2,589.24 | $2,589.24 |
| 12 300 7100 | CAVALRY SPV I LLC Bass & Associates, P.C. 3936 E. Ft. Lowell Road Suite #200 Tucson, AZ 85712 | Unsecured | (12-1) Account Number (last 4 digits):8276 | $1,189.00 | $1,409.96 | $1,409.96 |
| | Case Totals | | | $18,315.25 | $20,769.75 | $20,769.75 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-81606
Case Name: Paula Tingley
Trustee Name: Jeana K. Reinbold, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 1,741.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeana K. Reinbold | $ 447.79 | $ 0.00 | $ 447.79 |
| Trustee Expenses: Jeana K. Reinbold | $ 72.82 | $ 0.00 | $ 72.82 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 520.61 |
| Remaining Balance | $ | 1,220.54 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,249.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ADVANCED RADIOLOGY | $ 247.56 | $ 0.00 | $ 14.92 |
| 2 | DIGESTIVE DISEASE SPECIALISTS | $ 291.00 | $ 0.00 | $ 17.54 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 88.23 | $ 0.00 | $ 5.32 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 82.96 | $ 0.00 | $ 5.00 |
| 5 | CAPITAL ONE BANK (USA) N.A. | $ 5,487.29 | $ 0.00 | $ 330.75 |
| 6 | FIRST NATIONAL BANK OF OMAHA | $ 3,225.04 | $ 0.00 | $ 194.39 |
| 7 | WELLS FARGO BANK N. A. | $ 2,335.64 | $ 0.00 | $ 140.78 |
| 8 | CAPITAL RECOVERY V LLC | $ 2,290.65 | $ 0.00 | $ 138.07 |
| 9 | CAPITAL RECOVERY V LLC | $ 822.14 | $ 0.00 | $ 49.56 |
| 10 | CAPITAL RECOVERY V LLC | $ 1,379.43 | $ 0.00 | $ 83.15 |
| 11 | CAPITAL RECOVERY V LLC | $ 2,589.24 | $ 0.00 | $ 156.07 |
| 12 | CAVALRY SPV I LLC | $ 1,409.96 | $ 0.00 | $ 84.99 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,220.54 |

    Remaining Balance                                                                          $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE